1012

CHUNYK & CONLEY CO., ET AL., *Appellants*, v. AIDA M. RIVERA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-12806-6, Thomas A. Swayze, Jr., J., entered August 11, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00343-3, David R. Draper, J., entered January 3, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

PHYLLIS A. BARRETT, *Appellant*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-07369-6, Bruce W. Cohoe, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.